UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CECILY NICOLE KING MATTHEWS, )<br>)<br>Defendant. ) | Case No. MAG. 09-0075-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

FILED
MARCH 2, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CECILY NICOLE KING MATTHEWS, Case No. MAG. 09-0075-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $10,000.00.

    _X_ Unsecured Appearance Bond

    ___ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The Defendant was ordered to appear in the Southern District of Alabama on 03/18/09 at 2:00 p.m in Courtroom 1A.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/02/09  at 3:35pm

By _____
Edmund F. Brennan
United States Magistrate Judge